## IN RE MUNICIPAL ANNEXATIONS
### 1917

### RESOLUTION No. 23

## RESOLUTION REQUESTING THE OPINION OF THE SUPREME COURT OF NORTH CAROLINA.

*Resolved by the Senate, the House of Representatives concurring:*

That the Supreme Court of North Carolina be requested, if it can conveniently and properly do so, to advise the General Assembly as to the court's interpretation of the recent amendments to the Constitution with especial reference to the question as to whether or not there is any provision of the amendments to the Constitution recently adopted which would require the General Assembly to provide by general law the machinery for annexation by cities and towns of outlying and adjacent territory; or whether or not the General Assembly could make these annexations by special act, as the circumstances of each city or town might, in the judgment of the General Assembly, require.

Ratified this the 26th day of February, A.D. 1917.

—Public Laws, 1917, p. 627.

Under S. R. 1241, H. R. 1493, a joint resolution requesting the opinion of the Supreme Court of North Carolina, the following opinion is received from the Chief Justice:

*To the General Assembly:*

Owing to the public importance of the matter the Supreme Court has decided to respond to the annexed resolution as requested. After due

consideration the Court is unanimously of opinion that the amendments to the Constitution do not take from the General Assembly jurisdiction and power to exact special laws relating to annexation by a city or town of adjacent territory.

For the Court:                                    WALTER CLARK,
                                                    *Chief Justice.*
              —February 26, 1917, *Sen. Journal*, 1917, p. 427.